UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TARA KILBY, et al.,<br><br>　　　　　Defendants. | CASE NO. CR 14-5548<br><br>ORDER DENYING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

Tara Kilby filed a Motion for Order Modifying the Conditions of Pretrial Release (Dkt. 30) which was referred by Judge Leighton to the undersigned for resolution. The Government opposes the motion. For the reasons set forth below, the motion is DENIED.

Ms. Kilby is requesting a modification of conditions in order to facilitate phone conversations between her son and her co-defendant, James Young. However, evidence has been presented to the Court that there is already phone contact between Ms. Kilby's son and Mr. Young. *See* Dkt. 36. There is no need, therefore, to alter the conditions of release.

Defense counsel also seeks direction from the Court regarding the extent of the no contact order as it relates to Mr. Young. In particular, Ms. Kilby seeks to place money on Mr.

Young's books at the Federal Detention Center via a third-party vendor such as Money Gram or Western Union. The Court agrees with Mr. Kanev's interpretation of the Court Order that this would not violate the "no direct contact or indirect contact" limitation placed on Ms. Kilby with regard to her co-defendant, Mr. Young.

DATED this 12th day of January, 2015.

Karen L. Strombom
United States Magistrate Judge

ORDER DENYING MOTION TO MODIFY CONDITIONS OF
PRETRIAL RELEASE- 2